IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED

JUL – 1 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:19cr **094** |
| | ) | |
| v. | ) | 26 U.S.C. § 7206(1) |
| | ) | Making and Subscribing a False Tax Return |
| GEORGE W. JOHNSON, IV, | ) | (Count 1) |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 18, 2016, in the Eastern District of Virginia, GEORGE W. JOHNSON, IV, the defendant, did willfully make and subscribe a document, namely a 2015 U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter.   That document, which was filed with the IRS on or about April 18, 2016, reported total income of $42,062 on line 22, whereas, as GEORGE W. JOHNSON, IV then and there well knew and believed, he had total income in the approximate amount of $290,860.

(In violation of Title 26, United States Code, Section 7206(1)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Thomas A. Garnett
Assistant United States Attorney